UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| EXCLUSIVE REAL ESTATE INVESTMENTS L L C | CASE NO. 2:22-CV-06028 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| S G L NO 1 LTD ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Report and Recommendation be **ADOPTED** and that this complaint be **STRICKEN FROM THE RECORD** as sanction for plaintiff's failure to prosecute. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 9th day of June, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE